# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GATEWAY PLASTICS, INC.**
**f/k/a GLENDALE PLASTICS, INC.,**

                **Plaintiff,**

                **Case No. 02-C-870**

     **-vs-**

**WEATHERCHEM CORPORATION,**

                **Defendant.**

# ORDER

Upon the foregoing Stipulation by and between the Parties,

**IT IS HEREBY ORDERED THAT:**

1. The Counterclaim asserted by Weatherchem against Gateway Plastics in its Answer and Counterclaim filed December 5, 2002, shall be and hereby is dismissed with prejudice;

2. All remaining counts asserted by Gateway Plastics in its Second Amended Complaint shall be and hereby are dismissed with prejudice; and

3. This action shall be and hereby is dismissed, each party to bear its own costs and attorneys fees, except that Gateway Plastics shall reserve whatever right it may have to recover its excess costs (including attorney fees) under 28 U.S.C. § 1927 from Weatherchem's prior counsel (Howard G. Shimola and Robert V. Vickers, and their law firms, Pearne & Gordon, LLP and Fay, Sharpe, Fagan, Minnich & McKee, LLP).

Dated at Milwaukee, Wisconsin, this 19th day of January, 2006.

                      **SO ORDERED,**

                      **s/ Rudolph T. Randa**
                      **HON. RUDOLPH T. RANDA**
                      **Chief Judge**